CARLEEN R. ARLIDGE    SBN 079725
Attorney At Law
111 West St. John Street, Suite 555
San Jose, California 95113
Telephone:  (408) 288-8533
Facsimile:  (408) 445-1861

Attorney For Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>                          Plaintiff,         )<br>                                                           )<br> vs.                                                    )<br>                                                           )<br> MANUEL HUMBERTO SOMOZA,   )<br>                                                           )<br>                          Defendant.     )<br>_____) | NO. CR 05-00558 JF<br><br>[PROPOSED]<br>ORDER CONTINUING<br>STATUS CONFERENCE |

    Based upon the Stipulation by and between the United States and counsel for defendant Manuel Humberto Somoza and good cause appearing therefor:

    IT IS HEREBY ORDERED that the status conference for the above-captioned defendant shall take place on Thursday, January 6, 2011 at 9:00 am.

DATED: 11/4/10

_____
THE HON. JEREMY FOGEL
United States District Judge